# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 14, 2022

Lyle W. Cayce
Clerk

No. 21-20376

---

Prentise Emmanuel Prather,

*Plaintiff—Appellant*,

*versus*

Conroe Police Department Officers; Patti Maginnis, *435th Judicial Court Judge*; William Pattillo, *Court Appointed Attorney*,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-884

---

Before Stewart, Haynes, and Ho, *Circuit Judges*.

Per Curiam:*

Prentise Emmanuel Prather, former Montgomery County Jail inmate # 331283, has filed a motion for leave to proceed in forma pauperis (IFP) on appeal from the district court's dismissal of his 42 U.S.C. § 1983 lawsuit as

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-20376

frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B).  Because Prather's notice of appeal is untimely, we lack jurisdiction.  *See* FED. R. APP. P. 4(a)(1)(A); *see also Bowles v. Russell*, 551 U.S. 205, 214 (2007).  Accordingly, the appeal is DISMISSED for lack of jurisdiction.  Prather's motion for leave to proceed IFP on appeal is DENIED.